**Don D. MYRON, Respondent,**

v.

**CITY OF PLYMOUTH, petitioner, Appellant.**

No. C3-96-2078.

Supreme Court of Minnesota.

July 7, 1998.

Rehearing Denied Aug. 7, 1998.

Thomas M. Scott, Matthew J. Foli, Campbell Knutson, Eagan, for Appellant.

Daniel B. Johnson, Meyer & Njus, P.A., Minneapolis, for Respondent.

Carla J. Heyl, St. Paul, for Amicus Curiae League of Minnesota Cities.

## ORDER

Based upon all the files, records and proceedings herein and upon an evenly divided court,

IT IS HEREBY ORDERED that the decision of the court of appeals filed April 15, 1997, be, and the same is, affirmed without opinion. Dated: July 6, 1998.

BY THE COURT:

/s/ Kathleen A. Blatz
Kathleen A. Blatz
Chief Justice

GILBERT, J. took no part in the consideration or decision of this case.